IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INNOCENT EMENUGA,

    Plaintiff,

v.                                                      No. 1:23-cv-00310-MIS-DLM

ALEJANDRO MAYORKAS, ET AL.,

    Defendants.

## **FINAL JUDGMENT**

Plaintiff has filed a notice of dismissal so as to dismiss all claims in this cause without prejudice. ECF No. 4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The record reflects that Defendants have filed neither an answer nor a motion for summary judgment.

Accordingly, the Court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITHOUT PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED TO CLOSE** the case.

*Margaret Strickland*
_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE